UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR392 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TONY HESSLER and | ) | |
| MATTHEW NELSON, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS ___13th___ day of May, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 22, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26 United States Code Sections 5841 and 5861, and Title 28, United States Code, 2461(c) based upon the Defendants' pleas of guilty to Counts III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in a New England Firearms 12 gauge shotgun, serial number NJ242017, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 10, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 12, 2010 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the New England Firearms 12 gauge shotgun, serial number NJ242017 held by any person or entity, is hereby forever barred and foreclosed.

C. The New England Firearms 12 gauge shotgun, serial number NJ242017, be, and the same hereby is, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 13th day of May, 2010.

BY THE COURT:

RICHARD G. KOPF, JUDGE
United States District Court