IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CR392 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW NELSON, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that the defendant's motion to vacate under 28 U.S.C. § 2255 (Johnson) (filing no. 84) is dismissed without prejudice.

DATED this 5th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge